UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL VILLALOBOS HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>ROBERTO A. ARIAS,<br><br>Respondent. | No.  1:25-cv-00812-KES-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING RESPONDENT'S MOTION TO DISMISS PETITION, AND DIRECTING RESPONDENT TO FILE A RESPONSE<br><br>Docs. 16, 19<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |

Petitioner Rafael Villalobos Hernandez is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2025, the assigned magistrate judge issued findings and recommendations to deny respondent's motion to dismiss.  Doc. 19.  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days.  No objections have been filed, and the deadline to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.   The findings and recommendations issued on November 21, 2025, Doc. 19, are adopted in full;

2.   Respondent's motion to dismiss, Doc. 16, is denied;

3.   Respondent is directed to file a response to the petition within thirty (30) days of the date of service of this order;

4.   The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   February 11, 2026

_____
UNITED STATES DISTRICT JUDGE

2